**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00269-CV

———————————

**MYONG LADNER, Appellant**

**V.**

**PARESHBHAI VANMALIBHAI PATEL AND
MINAXI PARESHBHAL PATEL, Appellees**

On Appeal from the 146th District Court
Bell County, Texas
Trial Court Case No. 278,589-B

## MEMORANDUM OPINION

Appellant, Myong Ladner, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we

dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Caughey.